918 F.2d 173
 Johnson (Larry Ray)
v.
Asbury (Robert), Mariano (Barry Steve), Williams (David),
Lipsner (R.A.), Laster (Layton), Edmond (Joe), Saunders
(Mr.), Gorge (Mr.), Johnson (A.), Riddle (Mrs.), Bair
(Toni), Jefferson (D.), Braksdale (E.), Evanchyk (Sergeant),
Hembrick (Ms.), Kaleski (R.), Pierson (Davis), Cassell
(Sgt.), Barnes (Doctor), Israel (T.R.), Jarvis (Asst.
Warden), Ocheltree (Counselor), Staton (Ms.), Thompson
(Warden), Bullock (Thomas), Moore (Sgt.), Connors (Ms.)
 NO. 90-6898
 United States Court of Appeals,
Fourth Circuit.
 NOV 19, 1990
 
 1
 Appeal From: E.D.Va.
 
 
 2
 DISMISSED.